UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ 09-171 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| SARITH SOK, | |
| Defendant. | |

<u>Offense charged</u>: Felon in Possession of Firearm; Possession of Cocaine Base in the Form of Crack Cocaine

<u>Date of Detention Hearing</u>: April 29, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant has a lengthy juvenile and adult criminal record, consisting of almost

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

non-stop involvement with the criminal justice system starting at approximately age 13. The convictions include multiple controlled substance act charges. Defendant is alleged to be a daily user of Phencyclidine (PCP), the abuse of which can cause unpredictable, destructive, and often violent behavior. According to court documents, a conviction in 2006 for harassment and unlawful possession of a firearm arose out of an incident in which defendant threatened to kill his mother.

(2) Defendant is alleged to be an active gang member. When arrested for the instant charges, he was alleged to be in the company of a convicted felon (his co-defendant), despite being under the supervision of the Washington State Department of Corrections, and in possession of a stolen firearm. Defendant has immigration proceedings that are currently pending.

(3) Defendant poses a risk of nonappearance based on his employment, controlled substances use, a history of violations of supervision, and immigration status. He poses a risk of danger due to controlled substance use, criminal history, and the nature of the instant offense.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of April, 2009.

_____
Mary Alice Theiler
United States Magistrate Judge